### UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : DOCKET NO. 3:03CR159(EBB) |
| AVERY HANSLEY | : DECEMBER 3, 2004 |

### DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM

On November 5, 2004 defendant filed a Sentencing Memorandum. Sentencing was scheduled for December 1, 2004. Defendant, in said Memorandum, requested that he be permitted to self surrender on Monday, January 10, 2005. Subsequently, sentencing was rescheduled for Monday, January 10, 2005. Defendant is now requesting that he be permitted to self surrender four weeks after sentencing, which is Monday, February 7, 2005.

Respectfully submitted.

DEFENDANT,


BY _____
NICHOLAS P.CARDWELL, ESQ.
CARDWELL, CARDWELL & SMORAGIEWICZ
108 OAK STREET
HARTFORD, CT 06106
(860) 278-6370
FED BAR NO. ct06573


## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing has been mailed, postage prepaid, to the following on this 3rd day of December, 2004:

Michael Gustafson, AUSA
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

Jennifer L. Amato, United States Probation Officer
450 Main Street, Room 735
Hartford, Connecticut 06103


_____
NICHOLAS P. CARDWELL, ESQ.