```
                                    FILED

                                2004 DEC 22  P 1: 19

        UNITED STATES DISTRICT COURT  DISTRICT COURT
                                       NEW HAVEN, CT
              DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : DOCKET NO. 3:03CR159(EBB) |
| AVERY HANSLEY | : DECEMBER 21, 2004 |

## MOTION FOR MODIFICATION OF RELEASE BOND

On October 19, 2003, U. S. Magistrate Judge Donna F. Martinez set conditions of release relative to the Defendant, Avery Hansley. The Defendant continues to comply with all conditions set by the Court.

On August 24, 2004 the Defendant pled guilty to Possession With Intent to Distribute and Distribution of Cocaine Base, in violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(CA)(iii). Sentencing is scheduled for January 10, 2005.

The Defendant lives with the mother of his child, Carla Waller. Ms. Waller is employed full time with Executive Liability Underwriters. Each year her employer conducts a promotional for the benefit of its employees. This year the promotional will be at the Mohegan Sun from Friday, January 7, 2005 to Sunday, January 9, 2005. The Defendant respectfully requests that he

be permitted to attend this event with Ms. Waller.

Assistant U. S. Attorney Michael Gustafson does not oppose this request.

WHEREFORE the Defendant respectfully requests that this Motion be granted.

DEFENDANT,

BY _Nicholas P. Cardwell_
NICHOLAS P. CARDWELL, ESQ.
CARDWELL, CARDWELL & SMORAGIEWICZ
108 Oak Street
Hartford, CT 06106
Telephone (860) 278-6370
Fed. Bar #ct06373

### CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing has been mailed, postage prepaid, this 21st day of December, 2004 to Michael F. Gustafson, AUSA, Office of the United States Attorney, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510 and Kattya Lopez, United States Probation Officer, United States Courthouse, Rm 725, 450 Main Street, Hartford, Connecticut 06103

_Nicholas P. Cardwell_
NICHOLAS P. CARDWELL, ESQ.