FILED

2004 DEC 22  P 1: 19

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : |
| | : DOCKET NO. 3:03CR159(EBB) |
| AVERY HANSLEY | : DECEMBER 21, 2004 |

## MOTION FOR MODIFICATION OF RELEASE BOND

On October 19, 2003, U. S. Magistrate Judge Donna F. Martinez set conditions of release relative to the Defendant, Avery Hansley. The Defendant continues to comply with all conditions set by the Court.

On August 24, 2004 the Defendant pled guilty to Possession With Intent to Distribute and Distribution of Cocaine Base, in violation of 21 U.S.C. §§841(a)(1) and 841(b)(1)(CA)(iii). Sentencing is scheduled for January 10, 2005.

The Defendant lives with the mother of his child, Carla Waller. Ms. Waller is employed full time with Executive Liability Underwriters. Each year her employer conducts a promotional for the benefit of its employees. This year the promotional will be at the Mohegan Sun from Friday, January 7, 2005 to Sunday, January 9, 2005. The Defendant respectfully requests that he