3:05-CV-111(EBB)

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| V. | : DOCKET NO. 3:03CR159(EBB) |
| AVERY HANSLEY | : JANUARY 14, 2005 |

### MOTION TO VACATE EXISTING SENTENCE AND TO RE-IMPOSE SENTENCE

Pursuant to USC §2255 the defendant respectfully requests that his sentence imposed on January 10, 2005 be vacated and that the Court re-impose sentence after additional argument. The basis of defendant's motion relates to the United States Supreme Court deciding that the Federal Sentencing Guidelines are unconstitutional and continue to exist only as non-mandatory advisory guidelines. United States v. Booker, 04-104 and United States v. Fanfan, 04-105.

In sentencing the defendant on January 10, 2005, the Court was bound by the sentencing guidelines, which have now been declared unconstitutional. Accordingly, the defendant is respectfully requesting the Court to determine an appropriate sentence without the limitations imposed by the sentencing guidelines.

WHEREFORE the Defendant respectfully requests that this Motion be granted and that the defendant be allowed to re-argue his sentence.

DEFENDANT,

BY *Nicholas P. Cardwell*
NICHOLAS P. CARDWELL, ESQ.
CARDWELL, CARDWELL & SMORAGIEWICZ
108 Oak Street
Hartford, CT 06106
Telephone (860) 278-6370
Fed. Bar #ct06373

### CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing has been mailed, postage prepaid, this 14th day of January, 2005 to Michael F. Gustafson, AUSA, Office of the United States Attorney, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510 and Jennifer L. Amato, United States Probation Officer, United States Courthouse, Rm 725, 450 Main Street, Hartford, Connecticut 06103.

*Nicholas P. Cardwell*
NICHOLAS P. CARDWELL, ESQ.