UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:03CR159(EBB) |
| V. | : |
| AVERY HANSLEY | : MARCH 22, 2005 |

**MOTION TO DISMISS**

The United States Attorney, through the Assistant United States Attorney, respectfully requests that Counts Two and Three of the Indictment in the above-entitled matter be dismissed.

```
                              RESPECTFULLY SUBMITTED,

                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY


                              MICHAEL J.  GUSTAFSON
                              ASSISTANT UNITED STATES ATTORNEY
                              157 CHURCH STREET
                              NEW HAVEN, CT 06510
                              (203) 821-3700
                              FEDERAL BAR. #ct 01503
```

SO ORDERED:

_____
ELLEN B. BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven,

Connecticut, this _____ day of March, 2005.

**CERTIFICATION OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion to Dismiss has been hand-delivered on this __ day of March, 2005, to:

Nicholas Cardwell, Esq.
Cardwell, Cardwell & Smoragiewicz
108 Oak Street
Hartford, Connecticut 06106

                                            MICHAEL J. GUSTAFSON