AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

_____ District of _Connecticut_____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Avery Hansley ) | Case No: 3:03CR-159(EBB) |
| ) | USM No: |
| Date of Previous Judgment: January 10, 2005 ) | Nicholas Cardwell |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __87__ months **is reduced to** __70 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __29__          Amended Offense Level: __27__
Criminal History Category: __I__          Criminal History Category: __I__
Previous Guideline Range: __87__ to __108__ months     Amended Guideline Range: __70__ to __87__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):  .

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated __January 10, 2005__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __May 9, 2008__                                  _____
                                                             Judge's signature

Effective Date: __May 19, 2008__                             Ellen Bree Burns, Senior United States District Judge
(if different from order date)                               Printed name and title